IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:14-MJ-1196-JG-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NATASHA EVANS, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court on the joint motion (D.E. 6) of the parties to dispense with the presentence investigation in this matter and set the sentencing hearing for the same date as the arraignment hearing, which is scheduled for 14 April 2014. Based on the facts and reasons stated in the joint motion, the court concludes that a presentence investigation is not required in this matter because the information in the record will enable it to meaningfully exercise its sentencing authority. *See* Fed. R. Crim. P. 32(c)(1)(A)(ii); *see also* Guideline § 6A1.1.(a)(2) of the U.S. Sentencing Guidelines Manual. Accordingly, the motion is GRANTED, and the sentencing hearing for this matter will be conducted on 14 April 2014 at 10:00 a.m. in the Sixth Floor Courtroom at the Terry Sanford Federal Building and Courthouse in Raleigh, North Carolina.

SO ORDERED, this the 11th day of April 2014.

_____
James E. Gates
United States Magistrate Judge